# EXHIBIT A

**LAW OFFICE OF STEPHAN J. TULL**
BY: Stephan J. Tull, Esquire
Identification No.: 365082021
BY: William P. Burke, III, Esquire
Identification No.: 426752023
One Penn Center, Suite 880
1617 JFK Boulevard
Philadelphia, PA 19103
stull@tull-legal.com
wburke@tull-legal.com
(215) 568-2900

Attorneys for Plaintiff

|  |  |
|---|---|
| SWEET DREAMS RESORT LLC,<br>d/b/a RODEWAY INN OCEANVIEW<br>3200 Pacific Avenue<br>Atlantic City, NJ 08401<br><br>vs.<br><br>KINSALE INSURANCE COMPANY<br>2035 Maywill Street, Suite 100<br>Richmond, VA 23230 | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br><br>ATLANTIC COUNTY<br><br>DOCKET NO.:<br><br>**CIVIL ACTION COMPLAINT** |

Plaintiff Sweet Dreams Resort LLC, d/b/a Rodeway Inn Oceanview owns the premises at 3200 Pacific Avenue, Atlantic City, NJ 08401, and by way of Complaint against the Defendant, Kinsale Insurance Company, says:

### FIRST COUNT

1. At all times referred to herein, Defendant, Kinsale Insurance Company is a business duly organized and existing which is licensed to issue policies of insurance in the State of New Jersey and maintains a place of business located at 2035 Maywill Street, Suite 100, Richmond, VA 23230.

2. Defendant, in its regular course of business, issued to Plaintiff a policy of insurance, bearing policy number 0100294829-1, covering Plaintiff's premises located at 3200 Pacific Avenue, Atlantic City, NJ 08401. A true and correct copy of said Declarations page is hereto as

Exhibit "A".

3.     On or about June 10, 2025, while said policy of insurance was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss to the insured premises ("First Loss).

4.     Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant.

5.     Defendant, despite demand for benefits under its policy of insurance, has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

6.     Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

7.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforesaid policy of insurance, Plaintiff has suffered loss and damage to their property, forcing Plaintiff to incur the expense to repair and replace the damaged property.

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory damages, cost and interest of suit, and such other relief as the Court may deem equitable and just.

## SECOND COUNT

8.     Plaintiff repeats and re-alleges each and every allegation of the First Count as if stated herein at length.

9.     Defendant, in its regular course of business, issued to Plaintiff a policy of insurance, bearing policy number 0100294829-1, covering Plaintiff's premises located at 3200 Pacific Avenue, Atlantic City, NJ 08401. A true and correct copy of said Declarations page is hereto as Exhibit "A".

10.     On or about June 16, 2025, while said policy of insurance was in full force and effect, Plaintiff suffered a sudden and accidental direct physical loss to the insured premises ("Second Loss").

11.     Notice of this covered loss was given to Defendant in a prompt and timely manner and Plaintiff has done and otherwise performed all things required of Plaintiff under the policy of insurance issued by Defendant.

12.     Defendant, despite demand for benefits under its policy of insurance, has failed and refused to pay to Plaintiff those benefits due and owing under said policy of insurance.

13.     Defendant has breached its contractual obligations to pay benefits to Plaintiff for a loss covered under Defendant's policy of insurance.

14.     Solely as a result of Defendant's failure and refusal to pay benefits to Plaintiff as required under the aforesaid policy of insurance, Plaintiff has suffered loss and damage to their property, forcing Plaintiff to incur the expense to repair and replace the damaged property.

**WHEREFORE**, Plaintiff demands judgment against Defendant for compensatory damages, cost and interest of suit, and such other relief as the Court may deem equitable and just.

## JURY DEMAND

Plaintiff demands trial by jury as to all issues.

## NOTICE PURSUANT TO RULES 1:15(a) AND 4:17-4(c)

PLEASE TAKE NOTICE THAT the undersigned attorneys, counsel for the Plaintiff, do hereby demand, pursuant to Rules 1:5-1(a) and 4:17-4(c) that each party herein serving pleading and interrogatories and receiving answers thereto serve copies of all such pleading and answered interrogatories received from any party upon the undersigned and PLEASE TAKE NOTICE THAT this is a continuing demand.

## NOTICE OF OTHER ACTIONS

Pursuant to the provisions of Rule 4:5-1, I hereby verify as follows:

1.      The matter in controversy is not the subject of any other pending action in any other court or of a pending arbitration proceeding.

2.      It is contemplated that the matter in controversy will not become the subject of any other action pending in any court or of a pending arbitration with the exception of the above-mentioned action.

## DESIGNATION OF TRIAL COUNSEL (RULE 4:25-4)

Pursuant to Rule 4:25-4, Stephan J. Tull, Esquire and William P. Burke, Esquire are hereby designated as trial counsel on behalf of Plaintiff.

## CERTIFICATION

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with Rule 1:38-7(b).

I hereby certify that the foregoing statements are true, and I am aware that if any of the foregoing statements made by me are willfully false I am subject to punishment.


**LAW OFFICE OF STEPHAN J. TULL**


BY:   _/s/ Stephan J. Tull_
      STEPHAN J. TULL, ESQUIRE
      Attorney for Plaintiff

## CERTIFICATION

I hereby certify that all statements made by me are true to the best of my knowledge, information, and belief. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

*Sathi Khatun*

_____

**SWEET DREAMS RESORTS LLC dba
RODEWAY INN OCEANVIEW**

**FILE NO.: 8504**

Doc ID: a7f6fcd12690dae7d91f722f84cc1795f9884851

# EXHIBIT "A"

**KINSALE INSURANCE COMPANY**

2035 Maywill Street, Suite 100

Richmond, VA 23230

## DECLARATIONS - PRIMARY PROPERTY POLICY

| | |
|---|---|
| **Policy Number:** | 0100294829-1 |
| **Producer Number:** | 20103 |
| **Name and Address:** | Bass Underwriters, Inc. - Cranberry Township, PA |
| | 51 Dutilh Road, Suite 140 |
| | Cranberry Township, PA 16066 |

| | |
|---|---|
| **NAMED INSURED:** | Sweet Dreams Resort LLC |
| | dba Rodeway Inn Oceanview |
| **MAILING ADDRESS:** | 3200 Pacific Ave |
| | Atlantic City, NJ 08401 |
| **POLICY PERIOD:** | FROM 04/12/2025 TO 04/12/2026 at 12:01 AM at the address of the named insured as shown above. |

### LIMITS OF LIABILITY

| LOSS LIMIT PER OCCURRENCE | |
|---|---|

If no Loss Limit is shown above, the Limit of Liability Per Occurrence is the Limit of Liability for Each Location as shown in the Schedule of Covered Locations and Values below.

### SCHEDULE OF COVERED LOCATIONS AND VALUES

| Loc # | Bldg # | Complete Address | Building | BPP | Personal Property of Others | Stock | Business Income | Total Values |
|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 3200 Pacific Ave, Atlantic City, NJ 08401 | $2,571,276 | $0 | $0 | $0 | $250,000 | $2,821,276 |
| | | **TOTALS:** | $2,571,276 | $0 | $0 | $0 | $250,000 | $2,821,276 |

### DEDUCTIBLES

| |
|---|
| $10,000 AOP Per Policy Per Occurrence |
| 5.00% Wind/Hail Per Unit Per Occurrence subject to a $25,000 minimum |

### VALUATION AND COINSURANCE

| Loc # | Bldg # | Cause of Loss | Physical Damage Coinsurance | Business Interruption Coinsurance | Valuation Type |
|---|---|---|---|---|---|
| 1 | 1 | Special | 80% | | Actual Cash Value |

### OPTIONAL COVERAGE PROVIDED (*APPLIES TO BUSINESS INCOME ONLY)

| Loc # | Bldg # | *Maximum Period of Indemnity | *Monthly Period of Indemnity | *Extended Period of Indemnity | Agreed Value |
|---|---|---|---|---|---|
| 1 | 1 | | 1/6 Monthly Limit | | |

| | |
|---|---|
| **PREMIUM:** | $30,000 |
| **MINIMUM EARNED PREMIUM:** | REFER TO MINIMUM EARNED PREMIUM ENDORSEMENT |
| **COMPANY FEES:** | $350 |
| **TOTAL DUE AT INCEPTION:** | $30,350 |

PRP1000 1120

Page 1 of 2

| ENDORSEMENTS |
| --- |
| Refer to ADF4001, SCHEDULE OF FORMS |

# Civil Case Information Statement

## Case Details: ATLANTIC | Civil Part Docket# L-000078-26

**Case Caption:** SWEET DREAMS RESORT  LLC, D/B/  VS KINSALE INSURA

**Case Initiation Date:** 01/13/2026

**Attorney Name:** STEPHAN JOSEPH TULL

**Firm Name:** STEPHAN J. TULL

**Address:** 110 MARTER AVENUE SUITE 306 MOORESTOWN NJ 08057

**Phone:** 2155682900

**Name of Party:** PLAINTIFF : Sweet Dreams Resort LLC, d/b/a

**Name of Defendant's Primary Insurance Company** (if known): Unknown

**Case Type:** CONTRACT/COMMERCIAL TRANSACTION

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same transaction or occurrence)?** NO

**Does this case involve claims related to COVID-19?** NO

**Are sexual abuse claims alleged by: Sweet Dreams Resort LLC, d/b/a? NO**

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

**Please check off each applicable category: Putative Class Action?** NO  **Title 59?** NO  **Consumer Fraud?** NO  **Medical Debt Claim?** NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

01/13/2026                                                          /s/ STEPHAN JOSEPH TULL
Dated                                                                     Signed