IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

D&M HOSPITALITY LLC, a/a/o SWEET : CIVIL ACTION
DREAMS RESORT LLC,      :
d/b/a RODEWAY INN OCEANVIEW, : NO. 1:26-cv-02021
              :
    Plaintiff,      :
              :
  v.          :
              :
KINSALE INSURANCE COMPANY,  :
              :
    Defendant.     :
              :

## FIRST AMENDED COMPLAINT

Plaintiff, D&M Hospitality LLC ("Plaintiff"), as assignee of Sweet Dreams Resort LLC d/b/a Rodeway Inn Oceanview and as owner of the property located at 3200 Pacific Avenue, Atlantic City, New Jersey, by way of its undersigned counsel, brings this Complaint against Defendant, Kinsale Insurance Company ("Defendant"), and alleges as follows:

## PARTIES

1. Plaintiff, D&M Hospitality LLC ("Plaintiff" or "D&M"), is a limited liability company organized under the laws of New Jersey, with its principal place of business in New Jersey.

2. Sweet Dreams Resort LLC d/b/a Rodeway Inn Oceanview ("Sweet Dreams") is a limited liability company that, at all relevant times, was the named insured under the Policy issued by Defendant covering the property located at 3200 Pacific Avenue, Atlantic City, New Jersey. Sweet Dreams has assigned its rights, title, and interest in the insurance claim at issue to Plaintiff, and has ratified and approved Plaintiff's prosecution of this action.

3.    At all relevant times, Plaintiff was the owner of the real property located at 3200 Pacific Avenue, Atlantic City, New Jersey (the "Property").

4.    Defendant Kinsale Insurance Company is an insurance company authorized to transact business in the State of New Jersey.

## JURISDICTION AND VENUE

5.    This Court has subject matter jurisdiction pursuant to 28 U.S.C. § 1332.

6.    Venue is proper in this Court pursuant to 28 U.S.C. § 1391.

## FACTUAL BACKGROUND

7.    Plaintiff is, and at all relevant times was, the owner of the Property located at 3200 Pacific Avenue, Atlantic City, New Jersey.

8.    As owner of the Property, Plaintiff possessed a direct and substantial insurable interest in the Property and any damage thereto.

9.    The Property was operated as a hospitality establishment known as Rodeway Inn Oceanview.

10.    At all relevant times, a policy of insurance issued by Defendant, Policy No. 0100294829-1 (the "Policy"), provided coverage for the Property. A true and accurate copy of the Policy is attached hereto as Exhibit A.

11.    The Policy period was April 12, 2025 through April 12, 2026.

12.    The Policy provided coverage for direct physical loss or damage to covered property, subject to its terms, conditions, and exclusions.

13.    On or about June 16, 2025, significant water damage to the Property was discovered and reported (the "Loss").

14. The Loss involved substantial damage to multiple rooms and areas of the Property.

15. The Loss constituted direct physical loss or damage to covered property within the meaning of the Policy.

16. Plaintiff's assignor timely reported the Loss to Defendant.

17. Defendant assigned Claim File No. 00056365 to the Loss.

18. Despite its obligations under the Policy, Defendant failed and refused to pay for the Loss.

19. By letter dated August 25, 2025, Defendant denied coverage for the claim.

20. Defendant's denial was improper and contrary to the terms of the Policy.

21. Plaintiff's rights arise from both its ownership of the Property and a valid assignment of the insurance claim.

22. Sweet Dreams Resort LLC d/b/a Rodeway Inn Oceanview ("Sweet Dreams") was the named insured under the Policy.

23. Plaintiff and Sweet Dreams entered into a Settlement Agreement and Mutual Release relating to the Property.

24. Under that agreement, the parties intended that all insurance claims relating to the Property would be transferred to Plaintiff as the property owner.

25. Consistent with that intent, Sweet Dreams and Sathi Khatu executed a confirmatory assignment assigning all rights in the claim to Plaintiff. A true and accurate copy of the Codicil is attached hereto as Exhibit B.

26. The assignment includes Policy No. 0100294829-1, Claim File No. 00056365, and the Loss at 3200 Pacific Avenue.

27. Sweet Dreams and Sathi Khatu, the principal member of the LLC, have ratified and approved the assignment and this litigation.

28. Plaintiff is the real party in interest.

29. Plaintiff independently possesses an insurable interest as the property owner.

## COUNT I – BREACH OF CONTRACT

30. Plaintiff repeats and incorporates the preceding paragraphs.

31. The Policy is a valid contract.

32. Plaintiff is entitled to enforce the Policy.

33. Defendant breached the Policy by failing to pay benefits owed.

34. Plaintiff has suffered damages.

**WHEREFORE**, Plaintiff demands judgment against Defendant for damages, interest, costs, and such other relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands a trial by jury.

**LAW OFFICE OF STEPHAN J. TULL**

BY:  _/s/ Stephan J. Tull_
STEPHAN J. TULL, ESQUIRE
Attorneys for Plaintiff

## CERTIFICATION

I hereby certify that all statements made by me are true to the best of my knowledge, information, and belief.  I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

*Sathi Khatun*

**SWEET DREAMS RESORTS LLC dba
RODEWAY INN OCEANVIEW**

**FILE NO.: 8504**

Doc ID: a7f6fcd12690dae7d91f722f84cc1795f9884851