**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

**SWEET DREAMS RESORT LLC,**

**Plaintiff,**

**v.**

**KINSALE INSURANCE COMPANY,**

**Defendant.**

**Civil No. 26-2021 (ESK/SAK)**

**DISCOVERY ORDER**

This matter comes before the Court on the applications to compel discovery [ECF Nos. 16, 17] filed by Defendant Kinsale Insurance Company; and the Court noting that no opposition has been filed; and the Court having held an on-the-record discovery hearing on **August 13, 2026**; and the Court noting the following appearances: **William P. Burke, III, Esquire**, appearing on behalf of Plaintiff; and **Dilan N. Samo, Esquire** and **Eduardo DeMarco, Esquire**, appearing on behalf of Defendant; and the Court having held oral argument; and this Order intending to confirm the Court's rulings; and for all the reasons stated by the Court on the record;

**IT IS** on this **13th** day of **August, 2026**, hereby **ORDERED** as follows:

1. Defendant's applications to compel [ECF Nos. 16, 17] are **GRANTED**. Plaintiff shall fully respond to the discovery requests described therein by **September 14, 2026**.

2. To the extent that Plaintiff fails to comply with this Order, Defendant is granted leave to file a motion for sanctions.

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc: Hon. Edward S. Kiel, U.S.D.J.